UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 22-54299-SMS |
| VENETTA RENEE WRIGHT, | ) | |
| | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

## APPLICATION TO EMPLOY SPECIAL COUNSEL

COMES NOW, The Debtor, by counsel, and files this "Application to Employ Special Counsel," showing to this Honorable Court the following:

1.

Debtor filed for relief under Chapter 13 on June 6, 2022.

2.

This matter is brought pursuant to 11 USC Section 327 and Rule 2014 F. R. Bankr. P.

3.

The Debtor, Venetta Renee Wright, was involved in a motor vehicle accident on December 6th, 2018. No suit has been filed to date. Debtor has retained counsel to represent her in her personal injury case.

4.

Debtor hereby applies to this Court to approve Robert DeMetz, 191 Peachtree Street NE, Suite 4200, Atlanta, GA 30303, as Debtor's Special Counsel to prosecute and resolve her bodily injury claim.

5.

Debtor wishes to employ Special Counsel under the terms and conditions set forth in the employment contract between Special Counsel and Debtor which is attached hereto as Exhibit

"A".

6.

To the best of the Applicant's knowledge, said attorney has no interest or connection with

the Debtor or the Debtor's Estate, see the attached Affidavit, marked as Exhibit "B".

7.

Special Counsel will not receive any compensation for its services in prosecuting the

bodily injury claim without further approval from this Court.


Wherefore, Debtor prays:

(a) That this Application be read, filed and considered;

(b) That this Honorable Court hold a hearing as to this matter;

(b) that this Application be approved; and,

(c) that this Honorable Court grant such other and further relief as it deems just and

   proper.


Respectfully Submitted,

/s/ Stanley J. Kakol, Jr.

_____
Stanley J. Kakol, Jr., GBN 406060
Attorney for the Debtor
The Law Office of Stanley J. Kakol, Jr.
5353 Fairington Road, Suite C
Lithonia, GA  30038
(770) 800-0440 phone
(770) 800-0494 fax

# EXHIBIT A

DocuSign Envelope ID: B1277146-06AC-44A3-AE4D-B470C090C00B

MORGAN:MORGAN
[ FOR THE **PEOPLE** ]

## AUTHORITY TO REPRESENT

I, the undersigned client, hereby jointly retain MORGAN & MORGAN ATLANTA, PLLC, as my attorneys to represent me in my meritorious claim against _____Sana Zindani_____
or any other person, firm or corporation liable therefore, resulting from an incident that occurred on or about _____December 06, 2018_____.

I agree to pay to my attorneys the following fee from the total gross recovery

(a) 40% of any amount recovered on my behalf;

(b) 5% of any recovery, if an appeal or any post-judgment collection procedures are necessary. Such 5% is in addition to the fee stated above;

(c) In the event that your claim, or any portion thereof, is brought against a defendant or defendants whose liability is governed pursuant to the Federal Tort Claims Act, 28 U.S.C.A. 1346, attorneys' fees are limited to 25% of the total gross recovery as to those defendants;

(d) In the event attorneys' fees are recovered from any adverse party pursuant to any state or federal statute, the attorneys' fee shall be the greater of the court awarded fee or contingency fee stated above.

In the event that a "structured settlement" or periodic payment agreement is reached, I agree that the attorneys' fee shall be computed on the basis of the present value of the structured settlement at the time of the settlement. In determining the present value of the structured settlement, the parties agree to rely upon appropriate accounting methods for determining present value as set forth by actuaries, economists or other experts in the field. Any expense of determining present value shall be considered a cost for the case for which I agree to bear the expense in the event of a recovery. Further, the attorneys' fees, computed on the basis of "present value," are due and payable at the time of any settlement.

I understand that this is a contingent fee contract. **If there is no recovery, there will be no fee owed under the terms of this Authority To Represent.**

I understand that my attorneys may advance court costs and expenses of litigation, the repayment of which is contingent on a recovery unless ordered otherwise by a court of law. I understand that the attorneys will not advance the medical costs for the care and treatment of the injuries sustained as a result of the incident listed above as medical expenses remain at all times my sole responsibility.

I acknowledge that MORGAN & MORGAN will advance the costs of bringing this claim or lawsuit, and that these costs will be deducted from my share of the recovery after the contingent fee has been calculated. I understand and agree that I am only obligated to pay the costs if there is a recovery in this case. Costs shall include, but are not limited to, cash and non-cash expenditures for investigator mileage to and from the initial sign up meeting, court filing fees, medical records charges, mediation fees, subpoenas and deposition costs, witness fees, long distance telephone calls, facsimiles, photocopies, postage, in-house printing, travel, parking, investigative services and all other costs necessary for proper performance of legal services, and that such advance costs

Page 1 of 5

shall bear interest at rate consistent with the State Bar of Georgia Rules of Professional Conduct. In the event that the Firm withdraws from the case, the Firm reserves the right to be reimbursed for any costs expended if a recovery is made by another Firm.

In the event that a settlement, verdict or judgment includes non- monetary aspects (e.g., restraining orders, injunctions, employment reinstatement) that cannot be readily valued with respect to the agreed upon contingent fee, then I agree to attempt to reach an agreement with the attorneys to value these non-monetary aspects for purposes of determining how the attorneys will be compensated for obtaining that relief for me.

I further agree that should the attorneys and I not be able to agree on any non-monetary aspects of a settlement verdict or award, the attorneys will not be precluded from obtaining, and realizing, their fees on the monetary aspects of the settlement, verdict or award.

Upon receipt by settlement or verdict of any proceeds, the said funds shall be disbursed as follows: First, from the gross proceeds the attorney fee percentage shall be computed and deducted; next, all costs for investigation and prosecution of the case including any and all filing fees, investigation fees, expert witness fees, and other like and similar costs shall be deducted; next, any unpaid medical, hospital, pharmacy, insurance reimbursement or like and similar costs shall be deducted. The resulting sum shall be net proceeds payable to client.

If all or part of the prior costs have been paid by another source (e.g., insurance or medical coverage), I agree that such source will be reimbursed out of any such proceeds if required by law, policy or agreement. The attorneys have the authority and authorization to make such disbursements of those funds directly to the doctors, hospitals or other persons concerned as is necessary.

The attorneys are hereby authorized to fully investigate the claims I may have stemming from the above-referenced incident. If the attorneys decide it is in my best interest to file a lawsuit or other legal proceedings on my behalf, the attorneys have my authority to prepare and prosecute such claims. If at any time the attorneys decline to investigate or prosecute my claims further, they shall so notify me in a timely fashion and, consistent with applicable ethical rules and obligations, may withdraw from representation under this agreement.

I further agree that the attorneys shall have a lien upon all monies, things of value and other consideration recovered in any claim they prosecute on my behalf.

It is understood and agreed that if either party receives a settlement offer, it will be immediately forwarded to the other.

It is further agreed that if the attorneys negotiate and recommend acceptance of a particular settlement, as offered by a defendant or its agent, and I refuse to accept the settlement, such refusal shall constitute sufficient grounds for the Firm to withdraw from representation and I agree to be indebted to the attorneys for any amount of fees and costs and expenses incurred based upon said offer as recommended. Should I employ another attorney and discharge the attorneys, I agree to pay to the attorneys an amount of attorney fees based upon the outstanding offer of settlement, if any, at the time of termination of the Firm. I further agree to reimburse the attorneys for all advanced costs immediately upon any termination of the attorneys' employment.

If at any time I am deemed to be incompetent (or if I am a minor) and if any court rules,

MMPI_ATL_V11142018

DocuSign Envelope ID: B1277146-06AC-44A3-AE4D-B470C0090CC0B

statute or other law requires an amendment or novation of this Authority To Represent, then the fees shall be such as may be approved by court or as set forth by statute or rule of laws.

The attorneys have my authorization and consent to employ any other lawyer(s) as co-counsel, if, in the attorneys discretion, they deem such appointment to be beneficial to the case. I agree that the co-counsel will also have the right to represent me in the prosecution of my claims. However, the attorneys will have responsibility for paying the co-counsel out of the fees identified above.

It is understood that I have no other obligation to pay the co-counsel, but that any out-of-pocket expenses incurred by co-counsel shall be considered costs of litigation for which I am responsible.  It is understood that the co-counsel will be available to me for consultation in this matter should I so desire.

I understand and agree that The Firm may contact me at any phone number (including mobile, cellular/wireless, or similar devices) or email address I provide at any time, for any lawful purpose. The ways in which The Firm may contact me include live operator, automatic telephone dialing systems (auto-dialer), prerecorded message, text messaging systems or email. Phone numbers and email addresses I provide include those I give to The Firm, those from which I contact The Firm or which we obtain through other means. I also understand and agree that The Firm may monitor/and or record any of my phone conversations with The Firm representatives

I provide my consent for the Firm and its attorneys to publish the results of my case including, without limitation, trial verdicts, arbitration awards, settlement amounts (without disclosing the names of the parties where confidential), and/or fee awards in advertisements and other media.

I provide my consent for the Firm and its attorneys to publish the results of my case including, without limitation, trial verdicts, arbitration awards, settlement amounts (without disclosing the names of the parties where confidential), and/or fee awards in advertisements and other media.

By executing this fee agreement I agree that, with one exception, any and all disputes between me and the Firm arising out of this Agreement, The Firm's relationship with me or The Firm's performance of any past, current or future legal services, whether those services are subject of this particular engagement letter or otherwise, will be resolved through a binding arbitration proceeding to be conducted under the auspices of the Commercial Arbitration Rules of the American Arbitration Association in Georgia.  The disputes subject to binding arbitration will include without limitation, disputes regarding attorneys' fees, or costs and those alleging negligence, malpractice, breach of fiduciary duty, fraud or any claim based upon a statute. Both the agreement of the parties to arbitrate all disputes and the results and awards rendered through the arbitration will be final and binding on The Firm and me and may be specifically enforced by legal proceedings. Arbitration will be the sole means of resolving such disputes, and both parties waive their rights to resolve disputes by court proceedings or any other means. The parties have agreed that judgment may be entered on the award of any court of competent jurisdiction in the state of Georgia and, therefore, any award rendered shall be binding. The arbitrator may not consolidate more than one person's claims, and may not otherwise preside over any form of a representative or class proceeding.  The one exception to my agreement to arbitrate concerns ethical grievances which I may have. Nothing in this agreement limits, in any way, my right to pursue any ethical grievance against The Firm as permitted by applicable law.

I understand that by agreeing to arbitration as a mechanism to resolve all potential

Page 3 of 5

MMPI_ATL_V11142018

DocuSign Envelope ID: B1277146-06AC-44A3-AE4D-B470C09DOCCB

controversies, disputes, or claims between us, I am waiving certain rights, including the right to bring an action in court, the right to a jury trial, the right to broad discovery, and the right to an appeal. I understand that in the context of arbitration, a case is decided by an arbitrator (one or more), not by a judge or a jury. I agree that, in the event of such controversy, dispute, or claim between us, the prevailing party will be entitled to recover from the losing party all costs and expenses he, she, or it incurs in bringing and prosecuting, or defending, the arbitration, including reasonable attorneys' fees and costs.

I have been advised to review this letter carefully to be certain that it accurately sets forth our agreement. In the event that I do not understand anything in this letter, I will let The Firm know so further written explanations can be provided.

**<u>NOTICE</u>: I am aware that this agreement contains provisions requiring arbitration of fee disputes. I am aware that I should consult with another lawyer about the advisability of making an agreement with mandatory arbitration requirements. Arbitration proceedings are ways to resolve disputes without use of the court system. By entering into agreements that require arbitration, I give up (waive) my right to go to court to resolve those disputes by a judge or jury. These are important rights that should not be given up without careful consideration.**

The above employment is hereby accepted upon the terms and conditions stated herein.

DATED _____12/7/2018_____

_V. Renee Wright-Jimenez_
_____
CLIENT

_____
MORGAN & MORGAN ATLANTA, PLLC.

Page 4 of 5

DocuSign Envelope ID: B1277146-06AC-44A3-AE4D-B470C09DCCCB

## ASSOCIATING ATTORNEY AGREEMENT

I understand and consent to MORGAN & MORGAN ATLANTA, PLLC, associating in this matter with _____, and that of the applicable fees in this agreement, ___% shall be paid to MORGAN & MORGAN ATLANTA, PLLC, and ___% to the associating attorney.

I understand that in no event, however, shall I incur any additional legal fees or charges by virtue of said employment of co-counsel. Co-counsel shall assume the same legal responsibilities to me for the performance of legal services as MORGAN & MORGAN ATLANTA, PLLC, and will be available for consultation with me.

The above employment is hereby accepted upon the terms and conditions stated herein.

DATED _____12/7/2018_____

*V. Renee Wright-Jimenez*

_____          _____
CLIENT                                    MORGAN & MORGAN ATLANTA, PLLC.

                                          _____
                                          ASSOCIATING ATTORNEY

Page 5 of 5

MMPI_ATL_V11142018

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                    )    CASE NO. 22-54299-SMS
                                          )
**VENETTA RENEE WRIGHT,**                 )    CHAPTER 13
                                          )
Debtor.                                   )

## AFFIDAVIT OF SPECIAL COUNSEL

    I, Robert DeMetz, Esq., do hereby declare under penalty of perjury that I have direct knowledge of the facts contained and set forth herein and that they are true and correct to the best of my knowledge.

    I am an attorney admitted to practice law in the state(s) of ___Georgia___ and have been so admitted since ___1995___.

    I have represented persons with personal injury claims for _10+_ years and I am qualified to represent Venetta Renee Wright in her personal injury claim.

    I am a disinterested person and do not represent or hold any interest adverse to the receiver, trustee, creditors, or the Estate in the matters upon which I am to be engaged.

    That if a matter of conflict becomes apparent, I will immediately make same known to the Court and seek withdrawal from inappropriate multiple representations.

    I have received $_-0-_ in monetary compensation for my representation of Venetta Renee Wright.

    This 7th day of September, 2022.

_____
Robert DeMetz
Bar No. _215070_

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                          )          CASE NO. 22-54299-SMS
VENETTA RENEE WRIGHT,          )
                                                    )          CHAPTER 13
                                                    )
     Debtor.                                     )
                                                    )

## **CERTIFICATE OF SERVICE**

I certify that I have this date served the following parties with a copy of the within and

foregoing Application to Employ Special Counsel by placing a true and correct copy of same in

the United States Mail with adequate postage affixed to insure delivery, addressed to:

K. Edward Safir                                Robert DeMetz
Chapter 13 Trustee                          191 Peachtree Street NE,
285 Peachtree Center Ave.               Suite 4200
Suite 1600                                      Atlanta, GA 30303
Atlanta, GA 30303
                                                    Office of The United Stated Trustee
Venetta Renee Wright                      75 Ted Turner Drive
2989 Sweetbriar Walk                      Room 362
Snellville, GA 30039-5262               Atlanta, GA 30303


This 14th day of October, 2022

/s/ Stanley J. Kakol, Jr.

_____
Stanley J. Kakol, Jr., GBN 406060
Attorney for the Debtor
The Law Offices of Stanley J. Kakol, Jr.
5353 Fairington Road, Suite C
Lithonia, GA  30038
(770) 800-0440 phone
(770) 800-0494 fax

Label Matrix for local noticing
113E-1
Case 22-54299-sms
Northern District of Georgia
Atlanta
Mon Sep  5 16:03:57 EDT 2022

(p)CREDITORS BANKRUPTCY SERVICE
PO BOX 800849
DALLAS TX 75380-0849

Barclays Bank Delaware
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899-8801

Bsi Financial Services
Attn: Bankruptcy
Po Box 517
Titusville, PA 16354-0517

Calvary SPV I, LLC
500 Summit Lake Dr.
Ste. 400
Valhalla, NY 10595-2321

Capital One Auto Finance, a division of Capi
AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Cavalry SPV I, LLC
PO Box 4252
Greenwich, CT 06831-0405

Comenity Bank/KingSize
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Comenity Capital Bank/HSN
Attn:  Bankruptcy Dept
Po Box 182125
Columbus, OH 43218-2125

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193-8873

(p)BARRETT DAFFIN FRAPPIER TURNER & ENGEL  LL
4004 BELT LINE ROAD SUITE 100
ADDISON TX 75001-4320

Emory Eastside Medical Center
Resurgent Capital Services
PO Box 1927
Greenville, SC 29602-1927

(p)FAY SERVICING  LLC
P O BOX 814609
DALLAS TX 75381-4609

Fed Loan Servicing
Attn: Bankruptcy
Po Box 69184
Harrisburg, PA 17106-9184

(p)GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

Sonya Buckley Gordon
K. Edward Safir, Standing Chapter 13 Tru
Suite 1600
285 Peachtree Center Ave, NE
Atlanta, GA 30303-1229

Internal Revenue Service
401 W. Peachtree Street, NW
Stop #334-D Room 400
Atlanta, GA 30308

Stanley J. Kakol Jr.
The Law Offices of Stanley J. Kakol, Jr.
5353 Fairington Road
Suite C
Lithonia, GA 30038-1164

LVNV Funding, LLC
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

(p)NODA FEDERAL CREDIT UNION
ATTN LAURIE MCLESTER
720 ROBERT BLVD
SLIDELL LA 70458-1638

New Day Funding, LLC & NDF Partners, LLC
C/O O'Kelley & /Sorohan
Attn: Brian S. Goldberg
2170 Satellite Blvd, Ste. 375
Duluth, GA 30097-4983

Noda Federal Credit Un
13800 Gentilly Bv
New Orleans, LA 70129-2294

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
Genesis FS Card Services Inc
PO Box 788
Kirkland, WA  98083-0788

K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303-1259

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Telecom Self-reported
Po Box 4500
Allen, TX 75013-1311

U.S. Department of Education
c/o FedLoan Servicing
P.O. Box 69184
Harrisburg, PA 17106-9184

US Dept Veteran Affairs
Debt Management Center
Po Box 11930
St. Paul, MN 55111-0930

USAA Federal Savings Bank
Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
10700 Abbotts Bridge Road, Suite 170
Duluth, GA 30097-8461

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309

Verizon by American InfoSource as agent
4515 N. Santa Fe Ave
Oklahoma City, OK 73118-7901


Wells Fargo Bank NA
Attn: Bankruptcy
1 Home Campus Mac X2303-01a
Des Moines, IA 50328-0001

Wilmington Trust, National Association
c/o Fay Servicing LLC
PO Box 814609
Dallas, TX 75381-4609

Venetta Renee Wright
2989 Sweetbriar Walk
Snellville, GA 30039-5262



          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).



AAFES
Attn: Bankruptcy
Po Box 650060
Dallas, TX 75265

Abbey Ulsh Dreher
Barrett Daffin Frappier Turner & Engel,
Suite 100
4004 Belt Line Road
Addison, TX 75001

Fay Servicing Llc
Attn: Bankruptcy Dept
Po Box 809441
Chicago, IL 60680


Georgia Department of Revenue
Attn: Bankruptcy Department
1800 Century Boulevard, NE
Suite 9100
Atlanta, GA 30345

NODA Federal Credit Union
720 Robert Blvd
Slidell, LA 70458

Portfolio Recovery Associates, LLC
P.O. Box 41067
Norfolk, VA 23541


(d)Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541



          The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Army & Air Force Exchange Services
ATTN: GC-G
3911 S. Walton Walker

(u)Wilmington Trust, National Association

End of Label Matrix
Mailable recipients    35
Bypassed recipients     2
Total                  37