**IT IS ORDERED as set forth below:**

**Date: March 7, 2023**

_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-54299-SMS |
| | § | |
| VENETTA RENEE WRIGHT, | § | |
| Debtor | § | CHAPTER 13 |
| | § | |
| WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2016-1, | § | |
| Movant | § | |
| | § | |
| v. | § | |
| | § | |
| VENETTA RENEE WRIGHT, Debtor and K. EDWARD SAFIR,, Trustee, | § | |
| Respondents | § | CONTESTED MATTER |

**ORDER**

WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IT INTS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2016-1 ("MOVANT") in accordance with that certain *Order Denying Motion of WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IT INTS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR*

*MFRA TRUST 2016-1 for Relief from the Automatic Stay of 11 U.S.C. §362(a)* (Docket # 17) entered on JULY 11, 2022, the Debtor agreed, commencing July 1, 2022 to make current post petition payments directly to MOVANT. Otherwise, Debtor agreed that MOVANT could proceed with sending a Delinquency Notice to be cured within ten (10) days. Upon the Debtor's failure to cure such Delinquency Notice, MOVANT is entitled to file a motion containing specific allegations of the delinquency, along with a copy of the Delinquency Notice sent pursuant to the Default Paragraph and a proposed order. An affidavit setting forth the default may also be attached to such motion. Upon presentation to the Court of such a motion, the Court may enter an order modifying the automatic stay without hearing.

It now being made to appear to the Court that the Debtor has failed to make payments to MOVANT pursuant to the agreement, it is hereby

ORDERED that the stay afforded by 11 U.S.C. Section 362 be and hereby is modified so that MOVANT may take such action with respect to that certain property commonly known as 2989 SWEETBRIAR WALK, SNELLVILLE, GEORGIA 30039 as is authorized by contract and State law. MOVANT shall remit to the Trustee such funds as exceed MOVANT's claim under the Note and Security Deed, if any, upon foreclosure of the property. Upon entry of this Order, Trustee shall cease funding any claim filed by Movant.

**END OF DOCUMENT**

PRESENTED BY:
BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP

BY: /s/ Brandi R. Lesesne
BRANDI R. LESESNE, GA NO. 141970
4004 BELT LINE ROAD, SUITE 100
ADDISON, TX 75001
TELEPHONE: (972) 341-0560
E-MAIL: GA.ND.ECF@BDFGROUP.COM
ATTORNEY FOR MOVANT

## DISTRIBUTION LIST

DEBTOR:
Venetta Renee Wright
2989 Sweetbriar Walk
Snellville, GA 30039-5262

TRUSTEE:
K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave, NE
Atlanta, GA 30303

DEBTOR'S ATTORNEY:
Stanley J. Kakol, Jr.
The Law Offices of Stanley J. Kakol, Jr.
Suite C
5353 Fairington Road
Lithonia, GA 30038

MOVANT'S ATTORNEY:
Brandi R. Lesesne
Barrett Daffin Frappier Turner & Engel, LLP
4004 Belt Line Road, Suite 100
Addison, TX 75001