**IT IS ORDERED as set forth below:**

**Date: March 8, 2023**

_____

**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | * | **CASE NO.: 22-54299-SMS** |
| **VENETTA RENEE WRIGHT,** | * | |
| | * | **CHAPTER 13** |
| **DEBTOR** | * | |

**ORDER GRANTING MOTION TO APPROVE SETTLEMENT**

On February 1, 2023, Debtor filed a *Motion to Approve Settlement Agreement* (the "Motion") (docket no.40). The Motion requests approval of a settlement arising from a personal injury claim and permission for Robert A. DeMetz of Morgan and Morgan, PLLC ("Special Counsel") to make payments in accordance with said settlement. Hearing on the Motion was held on February 28, 2023, on notice Debtor contends was proper. Present at the hearing were Debtor's counsel and counsel for the Chapter 13 Trustee. There being no opposition to the Motion, it is hereby

**ORDERED** that the Motion is **GRANTED** and Debtor's gross settlement in the amount of $450,000.00 is **APPROVED**. It is further

**ORDERED** that Special Counsel shall make payments according to the final settlement statement, as follows:

(1) Attorney's fees in the amount of $180,000.00 and expenses reimbursement in the amount of $20,172.82 shall be paid to Special Counsel;

(2) The remaining balance shall be distributed to pay: medical liens in the amount of $52,852.76; medical expenses in the amount of $5,021.81; delayed cost expense in the amount of $200.00; and $103,000.00 shall be remitted to the Chapter 13 Trustee for disbursement to creditors pursuant to the terms of the Plan, with a one-hundred percent (100%) dividend to general unsecured creditors. The remainder balance of $88,752.61 shall be remitted to the Debtor.  It is further

**ORDERED** that Debtor has thirty (30) days from the entry of this Order to file a Motion to Retain any of the funds.

**[END OF DOCUMENT]**

Presented By:
\_\_/s/_____
Stanley J. Kakol, Jr.
Attorney for Debtor
Georgia Bar No. 406060
Law Offices of Stanley J. Kakol, Jr.
5353 Fairington Road
Suite C
Lithonia, Georgia 30038
(770) 800-0440


No Opposition by:
\_\_/s/_____
Albert Guthrie
*With Express Permission*
GA Bar No.:142399
Attorney for K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Avenue, NE
Atlanta, GA 30303


DISTRIBUTION LIST

Venetta Renee Wright
2989 Sweetbriar Walk
Snellville, GA 30039

K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Avenue, NE
Atlanta, GA 30303

Morgan and Morgan, PLLC
Attn. Robert DeMetz, Esq.
191 Peachtree Street NE,
Suite 4200
Atlanta, GA 30303

Office of the United States Trustee
Richard Russell Building
75 Ted Turner Drive SW, Room 362
Atlanta, GA 30303

All creditors on the mailing matrix